## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| **PLYMOUTH, ss.** | **SUPERIOR COURT DEPTARTMENT**<br>**CIVIL ACTION NO. 2183CV00755B** |

KIMBERLY COLE, )
                             )
    Plaintiff, )
                             )
    v. )
                             )
BOSTON POLICE DEPARTMENT, )
                             )
    Defendant. )
                             )

### **NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that the above-captioned case has been removed from the Superior Court Department of the Trial Court, Plymouth County, to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal filed with the United States District Court is attached hereto as **Exhibit A**. In accordance with the provisions of 28 U.S.C.A §1446(d), the filing of this Notice and the Notice of Removal effects the removal of this action, and this Court may proceed no further unless and until the case is remanded.

Date:   December 8, 2021                                  Respectfully submitted,

**CITY OF BOSTON,**
By its attorneys:
ADAM CEDERBAUM
Corporation Counsel

*/s/ Eliza Mina*
Eliza Mina (BBO#699346)
Assistant Corporation Counsel
Erika P. Reis (BBO#669930)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4048
Eliza.mina@boston.gov

## CERTIFICATE OF SERVICE

I, Eliza Mina, hereby certify that a true copy of the above document was served upon plaintiff by First Class mail on December 8, 2021.

*/s/ Eliza Mina*
Eliza Mina